UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

USA                                        §
                                           §
vs.                                        §        NO:  WA:23-CR-00114(1)-CRW
                                           §
(1) JEFFREY GLENN JONES                     §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  April 21, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) JEFFREY GLENN JONES, which alleged that Jones violated a condition of his supervised release and recommended that Jones' supervised release be revoked (Clerk's  Document No. 51).  A warrant issued and Jones was arrested.  On April 27, 2026, Jones appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Jones appeared before the magistrate judge on June 2, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on June 4, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Jones, the magistrate judge recommends that this court revoke

Jones supervised release and that Jones be sentenced to imprisonment for TWENTY FOUR (24) months, including credit for any time already served since his arrest, and with no term supervised release to follow the term of imprisonment. The Court made this recommendation in consideration of the need to provide and promote deterrence of future criminal conduct in light of Jones's abuse of and injury to the individual referenced in Violation Number 2, his ongoing drug use; the need to protect the public from further crimes in light of the conduct giving rise to Violation Number 2 and the facts and circumstances surrounding Jones's arrest by the USMS; and to provide Jones with additional rehabilitation opportunities in light of his continued drug use (Clerk's Document No. 67).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 67 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) JEFFREY GLENN JONES' term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) JEFFREY GLENN JONES be imprisoned for TWENTY FOUR (24) months, including credit for any time served since his arrest, and with no term of supervised release.

Signed this 22nd day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE